IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

(Coeur d'Alene)

| | |
|---|---|
| In Re: )<br>)<br>MARTIN D. FRANTZ AND CYNTHIA )<br>M. FRANTZ, )<br>)<br>      Debtors, )<br>)<br>_____ )<br>)<br>IDAHO INDEPENDENT BANK, )<br>an Idaho corporation, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>MARTIN D. FRANTZ, an individual, )<br>and CYNTHIA M. FRANTZ, an individual, )<br>)<br>      Defendants. )<br>_____) | Case No. 11-21337-TLM<br><br>Chapter 7<br><br><br><br><br><br><br>Adversary Proc. No. 13-07024-TLM |

**<u>ORDER GRANTING SECOND STIPULATION</u> TO AMEND PRETRIAL ORDER AS TO EXPERT WITNESS DISCLOSURES**

      Upon consideration of the Pretrial Order [Docket No. 21] and the Second Stipulation to Amend Pretrial Order as to Expert Witness Disclosures filed in this matter between Idaho Independent Bank ("Plaintiff") and Martin D. Frantz and Cynthia M. Frantz, ("Defendants") on

June 25, 2014, ("Second Stipulation") [Docket No. 25], and after considering the record herein, and for good cause shown,

IT IS HEREBY ORDERED THAT, the Second Stipulation to Amend Pretrial Order as to Expert Witness Disclosures is approved and GRANTED, as follows:

Paragraph 3 of the Pretrial Order is amended as follows:

The Defendants shall disclose all expert witnesses that each intends to call by July 15, 2014, pursuant to the Federal Rules of Civil Procedure, Rule 26(a)(2), as incorporated by Rule 7026 of the Federal Rules of Bankruptcy Procedure.

The Plaintiff shall disclose all expert witnesses that it intends to call by August 15, 2014, pursuant to the Federal Rules of Civil Procedure, Rule 26(a)(2), as incorporated by Rule 7026 of the Federal Rules of Bankruptcy Procedure.

The Plaintiff and the Defendants shall disclose all rebuttal expert witnesses that each intends to call by August 31, 2014, pursuant to the Federal Rules of Civil Procedure, Rule 26(a)(2), as incorporated by Rule 7026 of the Federal Rules of Bankruptcy Procedure.

Notwithstanding anything to the contrary in the Pretrial Order, all expert depositions must be completed no later than September 15, 2014 and any pretrial motions in regard to the expert witnesses, if any, shall be filed no later than September 30, 2014.

//end of text//

DATED:  June 26, 2014

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by:

    /s/   6/25/14
Sheila R. Schwager, ISB No. 5059
Hawley Troxell Ennis & Hawley LLP
Attorneys for Idaho Independent Bank